| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*United States of America* §
§
versus §  Civil Action 4:09-122
§
*$20,559* §

## Conference Memorandum

Counsel: *Gerald Doyle*                    Representing: *P. USA*

Date: 5/11/2009                    Reporter: None
Started: 4:45 p.m.                  Ended: 4:50 p.m.

At the conference, these rulings were made:

The government will e-mail Mr. Khan and file a status report by May 22, 2009.

☐ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☐ A pretrial conference is set for: _____ on _____, 200__.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for: _____ on _____, 200__.
    ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☒ Internal review deadline         May 26, 2009

Lynn N. Hughes
United States District Judge